```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Arthur Jones, Jr.

    v.                                            Case No. 22-cv-316-LM-AJ

USA

### ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 18, 2024.

_____
Landya B. McCafferty
United States District Judge

Date: June 14, 2024

cc: Arthur Jones, Jr., pro se
    Terry Ollila, Esq.