```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Arthur Jones, Jr.

    v.                                                      Case No. 22-cv-316-LM-AJ

USA

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 9, 2024. The United States' motion to dismiss (document 16) is granted. The clerk shall enter judgment and close the case.

                                                           _____
                                                           Landya B. McCafferty
                                                           United States District Judge

Date: January 27, 2025

cc:   Arthur Jones, Jr., pro se
       Terry Ollila, Esq.